1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00466 PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING;** ~~[PROPOSED]~~ **ORDER** |
| | ) | |
| JERONIMO SIMENTAL, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for October 26, 2006, to allow time for further defense investigation and completion of settlement negotiations.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 26, 2006, be continued to November 2, 2006, at 11:00 a.m.

Dated: 10/25/06

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00466 PVT                    2