IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00466 PVT |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AMENDING |
| v. ) | SENTENCE AND DIRECTING |
| ) | ISSUANCE OF AMENDED JUDGMENT |
| JERONIMO SIMENTAL, ) | AND COMMITMENT ORDER |
| ) | |
| Defendant. ) | |

The parties have jointly requested that the Judgment and Commitment Order in this matter be modified because the sentence of 10 days custody cannot be imposed as a condition of probation, which was the sentence recommended by the parties and imposed by the Court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentenced imposed be modified as follows:

The defendant is sentenced to three years probation, and is ordered to serve 10 days in a halfway house as a condition of probation. The defendant's self-surrender date is December 11, 2006.

The deputy clerk is directed to issue an amended judgment reflecting this modification.

IT IS SO ORDERED.

Dated: 11/30/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO AMEND JUDGMENT;
[PROPOSED] ORDER
No. CR 06-00466 PVT            3